AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**

JAN 29 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| ANTONIO SOSA MAGANA, | ) |

Case No. 1:24MJ00009-BAM

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and phone number;

(4) The defendant must appear at:   U.S. District Court, 9004 Castle Cliff Court Yosemite, CA 95389
*Place*

Before U.S. Magistrate Judge Helena Barch-Kuchta

on                                  March 12, 2024 at 10:00 a.m.
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 01-29-24

X _____
*Defendant's signature*

Date: 01/29/2024

_____
*Judicial Officer's Signature*

U.S. Magistrate Judge Barbara A. McAuliffe
*Printed name and title*